IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHARLES A. WOLFE II,

        Plaintiff,

v.

DAN SPROUL, *et al.*,

        Defendants.

Case No. 21-CV-01471-SPM

# MEMORANDUM AND ORDER

**MCGLYNN, District Judge:**

Currently before the Court is a request by Charles A. Wolfe II, by and through counsel, for an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that, Connor M. Oehmke, an appointed lawyer on a prisoner civil rights case in this district, falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Accordingly, Connor M. Oehmke hereby is exempted from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred during this action only. Connor M. Oehmke shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. this fee exemption applies only to and is valid only for the purpose stated above;
2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. by accepting this exemption, counsel agrees not to sell for profit any data obtained as a result of receiving this exemption;

4. counsel is prohibited from transferring any data obtained as a result of receiving this exemption;

5. this exemption is valid for one year or until this action is terminated, whichever occurs first. Counsel may move for an extension prior to expiration, if needed. In addition, the Court retains discretion to revoke this exemption status at any time.

6. Counsel must be mindful when utilizing an exempted PACER account as the system will default to exempt status upon login. Counsel will need to toggle the exemption off if working outside of this case. If needed, counsel may contact the PACER Service Representative at 800-676-6856, for assistance.

The Clerk of Court is DIRECTED to email a copy of this Order to the PACER Service Center.

**IT IS SO ORDERED.**

**DATED: December 3, 2025**

**s/ *Stephen P. McGlynn***
**STEPHEN P. McGLYNN**
**U.S. District Judge**
